JOHN R. HARDIN, RECEIVER, &c., PLAINTIFF IN ERROR, v. J. WILLARD MORGAN, COMPTROLLER, DEFENDANT IN ERROR.

Submitted July 12, 1904—Decided December 9, 1904.

On error to the Supreme Court.

For the plaintiff in error, *John R. Hardin*.

For the defendant in error, *Robert H. McCarter*, attorney-general.

*42 Vroom.* Hardin v. Morgan.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Fort in that court, reported in 41 *Vroom* 484.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, GARRETSON, SWAYZE, REED, BOGERT, VREDENBURGH, VOORHEES, VROOM, GREEN, GRAY. 12.

*For reversal*—None.